**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **FRANCISCO JOEL RIVERA** | ) | **CASE NO. 3:17-CV-01076-VLB** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE HOME DEPOT, INC.** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR ADMISSION OF VISITING ATTORNEY**

**Pursuant to D. Conn. L. Civ. R. 83.1(d), Plaintiff moves that John Soumilas be admitted as a visiting attorney in this proceeding pro hac vice. In accordance with the requirements of Local Rule 83.1(d), the following information is presented to the Court.**

1. **Visiting attorney's office address, telephone number, fax number and email:**

   **John Soumilas, Esquire**
   **Francis & Mailman, P.C.**
   **100 S. Broad Street, Suite 1902**
   **Philadelphia, PA 19110**
   **T: (215) 735-8600**
   **F: (215) 940-8000**
   **E: jsoumilas@consumerlawfirm.com**

**2. John Soumilas is a member in good standing of the bars of the Commonwealth of Pennsylvania (Bar No. 84527) and State of New Jersey (Bar No. 020371999), and is admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the District of New Jersey, U.S.**

**District Court for the Eastern District of Michigan, U.S. District Court of Colorado, U.S. District Court for the Eastern District of Wisconsin, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit.**

**3. Attorney Soumilas has not been denied admission or disciplined by this Court or any other court.**

**4. The undersigned, Joanne S. Faulkner, will continue to participate in this action to the extent permitted by D. Conn. L. Civ. R. 83.1 and provide a local office as required by Local Rule 83.1(d).**

**5. Attorney Soumilas' Affidavit in Support of this Motion in attached hereto.**

**6. A fee of $75.00 has been paid to the Clerk of Court in accordance with Local Rule 83.1(d).**

**WHEREFORE, the plaintiff moves that Attorney John Soumilas be admitted to practice before the United States District Court for the District of Connecticut**

**THE PLAINTIFF**

**BY /s/ Joanne S. Faulkner_**

**Joanne S. Faulkner ct04137**
**faulknerlawoffice@snet.net**
**123 Avon Street**
**New Haven, CT 06511-2422**
**(203) 772-0395**

**James A. Francis***
**E: jfrancis@consumerlawfirm.com**
**John Soumilas***

**E: jsoumilas@consumerlawfirm.com**

**FRANCIS & MAILMAN, P.C.**
**Land Title Building, Suite 1902**
**100 South Broad Street,**
**Philadelphia, PA 19110**
**T: 215.735.8600**
**F: 215.940.8000**
***Pro hac vice applications forthcoming**

**Attorneys for Plaintiffs**

**Certificate of Service**

**I hereby certify that on July 25, 2017, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.**

**_/s/ Joanne S. Faulkner___**

**JOANNE S. FAULKNER ct04137**