IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCISCO JOEL RIVERA <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC. <br><br> Defendant. | CASE NO. 3:17-CV-01076-VLB |

**PLAINTIFF'S MOTION FOR ADMISSION OF VISITING ATTORNEY**

Pursuant to D. Conn. L. Civ. R. 83.1(d), Plaintiff moves that Jordan M. Sartell be admitted as a visiting attorney in this proceeding pro hac vice. In accordance with the requirements of Local Rule 83.1(d), the following information is presented to the Court.

1. Visiting attorney's office address, telephone number, fax number and email:

   Jordan M. Sartell
   Francis & Mailman, P.C.
   100 S. Broad Street, Suite 1902
   Philadelphia, PA 19110
   T: (215) 735-8600
   F: (215) 940-8000
   E: jsartell@consumerlawfirm.com

2. Jordan M. Sartell is a member in good standing of the bars of the State of Illinois (Bar No. 6310097) and is admitted to practice in the U.S. District Court for the Northern District of Illinois.

3. Attorney Sartell has not been denied admission or disciplined by this Court or any other court.

4.      The undersigned, Joanne S. Faulkner, will continue to participate in this action to the extent permitted by D. Conn. L. Civ. R. 83.1 and provide a local office as required by Local Rule 83.1(d).

5.      Attorney Sartell's Affidavit in Support of this Motion in attached hereto.

6.      A fee of $75.00 has been paid to the Clerk of Court in accordance with Local Rule 83.1(d).

WHEREFORE, the plaintiff moves that Attorney Jordan M. Sartell be admitted to practice before the United States District Court for the District of Connecticut

> THE PLAINTIFF
>
> BY:    /s/ Joanne S. Faulkner
> Joanne S. Faulkner ct04137
> faulknerlawoffice@snet.net
> 123 Avon Street
> New Haven, CT 06511-2422
> (203) 772-0395
>
> James A. Francis*
> E: jfrancis@consumerlawfirm.com
> John Soumilas*
> E: jsoumilas@consumerlawfirm.com
> FRANCIS & MAILMAN, P.C.
> Land Title Building, Suite 1902
> 100 South Broad Street
> Philadelphia, PA 19110
> T: 215.735.8600
> F: 215.940.8000
> * admitted *pro hac vice*
>
> *Attorneys for Plaintiffs*