UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FRANCISCO JOEL RIVERA**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**THE HOME DEPOT, INC.**,<br><br>Defendant. | Civil Action No. 3:17-cv-01076-VLB<br><br>October 3, 2017 |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with D. Conn. L. Civ. R. 83.1(d), undersigned counsel for Defendant, The Home Depot, Inc., moves this court to admit *pro hac vice* attorney Joseph C. Sarles of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017. Mr. Sarles' email address is josephsarles@quinnemanuel.com. His telephone number is (213) 443-3000 and his fax number is (213) 443-3100.

Mr. Sarles is a member in good standing of the bars of the State of California (Registration No. 254750, 2007); U.S. District Court for the Central District of California (2007); U.S. District Court for the Northern District of California (2009); and U.S. District Court for the Southern District of California (2017).

An affidavit signed by Mr. Sarles is attached to this motion certifying that Mr. Sarles has never been denied admission or been disciplined by this Court or any other court. *See* Affidavit of Joseph C. Sarles, attached hereto as "Exhibit A." Furthermore, in accordance with D. Conn. L. Civ. R. 83.1(d), Mr. Sarles certifies that he has fully reviewed and is familiar with the Federal

Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.  A certificate of good standing from the State of California will be filed separately within 60 days after Mr. Sarles' admission, pursuant to D. Conn. L. Civ. R. 83.1(d)(4).

Respectfully submitted,

Morgan, Brown & Joy, LLP

By: __/s/ Ryan W. Jaziri_____
Daniel S. Field, Esq. (*pro hac vice* forthcoming)
Ryan W. Jaziri, Esq. (Fed. No. ct29428)
200 State Street, 11th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6666
Facsimile: (617) 367-3125
Email: dfield@morganbrown.com
Email: rjaziri@morganbrown.com

Attorneys for Defendant THE HOME DEPOT, INC.

## **CERTIFICATION**

I hereby certify that on October 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all parties of record in this matter.

By: _/s/ Ryan W. Jaziri_
Ryan W. Jaziri, Esq.