UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCISCO JOEL RIVERA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | Civil Action No. 3:17-cv-01076-VLB<br><br>November 6, 2017 |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with D. Conn. L. Civ. R. 83.1(d), undersigned counsel for Defendant, The Home Depot, Inc., moves this court to admit *pro hac vice* attorney Daniel S. Field of the law firm Morgan, Brown & Joy, LLP, with offices located at 200 State St., Floor 11, Boston, MA 02109. Mr. Field's email address is dfield@morganbrown.com. His telephone number is (617) 788-5016 and his fax number is (617) 367-3125.

Mr. Field is a member in good standing of the bars of the Commonwealth of Massachusetts (Bar Identification No. 560096, 1991); U.S. District Court for the District of Massachusetts (Bar Identification No. 560096, 1992); the U.S. Court of Appeals for the First Circuit (Bar Identification No. 120370, 2007); the U.S. District Court for the Northern District of Illinois (Bar Identification No. 560096, 2010); and the Commonwealth of Pennsylvania (Bar Identification No. 310344, 2011).

An affidavit signed by Mr. Field is attached to this motion certifying that Mr. Field has never been denied admission or been disciplined by this Court or any other court.  *See* Affidavit of Daniel S. Field, attached hereto as "Exhibit A." Furthermore, in accordance with D. Conn. L. Civ. R. 83.1(d), Mr. Field certifies that

he has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct. A certificate of good standing from the Commonwealth of Massachusetts is also attached hereto as "Exhibit B" pursuant to D. Conn. L. Civ. R. 83.1(d)(4).

Respectfully submitted,

Morgan, Brown & Joy, LLP

By: */s/ Ryan W. Jaziri*
Daniel S. Field, Esq. (*pro hac vice* pending)
Ryan W. Jaziri, Esq. (Fed. No. ct29428)
200 State Street, 11th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6666
Facsimile: (617) 367-3125
Email: dfield@morganbrown.com
Email: rjaziri@morganbrown.com

Attorneys for Defendant THE HOME DEPOT, INC.

**Dated:  November 6, 2017**

## **CERTIFICATION**

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all parties of record in this matter.

By: _/s/ Ryan W. Jaziri_
Ryan W. Jaziri, Esq.